UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYAM KHAN, SARAH KHAN, JANE DOE 1, JANE DOE 2, and JOHN DOE 1 | : : : | CIVIL ACTION NO. 3:24-cv-01120-VAB |
| Plaintiffs | : : | |
| vs. | : : | |
| CITY OF HARTFORD and OFFICER DOES 1-3 | : : : | |
| Defendants | : : | JULY 16, 2024 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, Defendant City of Hartford respectfully moves for an order that the Plaintiffs, A. MARYAM KHAN, SARAH KHAN, JANE DOE 1, JANE DOE 2, and JOHN DOE 1, give a cash deposit or bond with sufficient surety in the sum of $500.00, within (30) days from entry of such order.

THE DEFENDANT:
City of Hartford

BY/s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel
550 Main Street, Suite 210
Hartford, CT 06103
Federal Bar No. ct17217
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: feoln001@hartford.gov

## CERTIFICATION

This is to hereby certify that on July 16, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri