UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYAM KHAN, SARAH KHAN, JANE DOE 1, JANE DOE 2, and JOHN DOE 1<br>   Plaintiffs | : : : : : : | CIVIL ACTION NO.<br>3:24-cv-01120-VAB |
| vs. | : : | |
| CITY OF HARTFORD and OFFICER DOES 1-3<br>   Defendants | : : : : | JULY 24, 2024 |

## **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

     Pursuant to Fed.R.Civ.P. 6 and Local Rule 7(b)1(a), Defendant City of Hartford hereby moves the Court for an extension of time of thirty (30) days from August 2, 2024, up to and including September 3, 2024, in which to file a responsive pleading to the Plaintiff's Complaint, filed June 27, 2024, for the reason that additional time is required to prepare an adequate response. Defense counsel will require additional time to meet with and confer with her clients and gather needed information and evidence prior to filing a responsive pleading or motion, including obtaining copies of documents and transcripts from an underlying criminal case that is referenced in the complaint.

     Plaintiff's attorney, Faisal Gill, has no objection to the granting of this motion. This is the Defendant's first motion for an extension of time to respond to the Complaint.

     WHEREFORE, Defendant City of Hartford, respectfully requests that its Motion for Extension of Time, up to and including September 3, 2024, be granted.

THE DEFENDANT
CITY OF HARTFORD

BY /s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel
550 Main Street, Suite 210
Hartford, CT 06103
Federal Bar No. ct17217
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: feoln001@hartford.gov

## CERTIFICATION

This is to hereby certify that on July 24, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri